FILED

*Fee paid*

1

Name: __Ryan Brewer__

2

Address:c/o __2060 E Ave De Los Arboles D561__

3

__Thousand Oaks, CA 91362__

4

Phone: _No phone_

5

Fax: _____

6

**Sui Juris**

7

2010 MAY 18  PM 2: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

---

8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| | **CASE NUMBER:** |
| 10 | |
| 11  Ryan L. Brewer, in rerum natura        Plaintiff | MC10 - 183 |
| 12                  **V. TIMOTHY GEITHNER** | |
| **ZAIDA G. HERALDEZ, STEVE COOLEY, JOHN A. CLARKE** | |
| 13 14  **BILL LOCKYER TREASURER, JUDGE J. KROSKEY,** | **NOTICE OF ASSIGNMENT** |
| **JUDGE P.J. KLEIN, JUDGE KITCHING** | **NOTICE OF ACCEPTANCE** |
| 15                          Defendant(s). | **NOTICE OF DISHONOR** |

16
17

**SEE ATTACHED:**

18

1. **Bonded Promissory Note Tracking/Invoice #RLB053008-BPN  PROOF OF MAILING**

19

2. **PRIVATE LETTER ROGATORY**
3. **NOTICE OF OBSTRUCTION OF PUBLIC POLICY & NON COMPLIANCE**
4. **CERTIFICATE OF NON-PERFORMANCE/NON PAYMENT/DISHONOR**
5. **CERTIFICATE OF SERVICE UNDER NOTARY SEAL**
6. **AFFIDAVIT OF ORIGINAL ISSUE**
7. **2ND APPELLATE COURT DOCKET NOTICE OF ACCEPTANCE FOR VALUE FILED**
8. **UCC FINANCING STATEMENT FILING #08-71603495**
9. **UCC FINANCING STATEMENT FILING #08-71606612**

20
21

All Rights Reserved

22

Without Recourse

23

Without Prejudice

24

5/18/10

25

Ryan-Lindsay: Brewer Authorized Representative

26

27

28

```
5/18/2010 2:34:45 PM  Receipt #: 138425
           Cashier : KPAGE [LA 1-1]
Paid by: JULIANNA SIMMONS
2:MC10-00183
2010-086900      Indexing Misc. paper(1)
Amount :                        $20.00
2:MC10-00183
2010-510000   Judicial Services ($19)(1)
Amount :                        $19.00
Credit card Payment : 6090 703302 / 39.00
Total Payment :                 39.00
```

# BONDED PROMISSORY NOTE
## TRACKING/INVOICE# RLB053008-BPN

Obligor:

RYAN L. BREWER
1865 Herndon Ave, #110
Clovis, CA  93611

Obligee:

Henry M. Paulsen, Jr.,
Secretary of the Treasury
US DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW
Washington, DC 20220

Zaida G. Heraldez, Deputy Clerk
Court of Appeals
Second Appellate
300 South Spring Street
Los Angeles, CA  90013

Steve Cooley, District Attorney
210 W. Temple Street, #18-709
Los Angeles, CA  90012-3210

John A. Clarke
Executive Officer/Court Clerk
400 Civic Center Plaza
Pomona, CA  91766

Bill Lockyer
Executive Officer
California State Treasurer
915 Capital Mall
P.O. Box 942809
Sacramento, CA  94209-0001

Judge J. Kroskey
300 South Spring Street
Los Angeles, CA  90013

Judge P.J. Klein
300 South Spring Street
Los Angeles, CA  90013

Judge Kitching
300 South Spring Street
Los Angeles, CA  90013

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For my Remedy, Release of the Proceeds, Products,
Accounts, AND fixtures in the Order(s) to Me
Immediately in the Accordance with the Public Policy,
HJR-192, UCC 10-104 and UCC 1-104
Exemption ID # 559411859411-0006 Date: 7-5-08
UCC Contract Trust Acct.# 559411859411
Value $1,000,000,000,000.00
1st Ryan L. Brewer

This document on which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT AND COMPLETE COPY of the original.

Ryan Lindsay Brewer  7-5-08

This Document to which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____    ___/___/___
Signature                              Date
Convention De La Haye du 5 Octobre 1961

**Total Amount:** $7,000,000,000.00 (SEVEN BILLION DOLLARS)

On this May 30, 2008 I, RYAN L. BREWER, as Maker, by this Bonded Promissory Note, a negotiable instrument, do tender this offer of payment as full satisfaction of a debt, with the honorable intent in good faith to discharge and extinguish all obligations relating thereto. This Bonded Promissory Note, TRACKING NUMBER/INVOICE# RLB053008-BPN, is tendered in accordance with law as uniformly codified at UNIFORM COMMERCIAL CODE at Article 1 Part 1 § 1-103 and 1-104 and Part 2 § 1-201, Article 3, Part 1, Section 3-104, Article 3, Part 3 § 3-310, Article 3, Part 3 § 3-311 and Article 3, Part 6, § 603 and CALIFORNIA COMMERICIAL CODE, §1103, 1104, 1201, § 3104, 3310, 3311, 3501 and 3603.

Obligee(s), Henry M. Paulsen, Jr., U.S. TRUSTEE, UNITED STATES DEPARTMENT OF THE TREASURY, Zaida G. Heraldez, Steve Cooley, John A., Clarke, Bill Lockyer, Judge J. Kroskey, Judge P.J. Klein, Judge Kitching shall, upon receipt of this BONDED PROMISSORY NOTE charge that certain Account/Case# YA004389 [B206826] via pass through account RYAN L. BREWER 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 for the purpose of discharging any past, present, or future liabilities express or implied, attached to account/case# YA004389 [B206826]

Obligee(s Henry M. Paulsen, Jr., U.S. TRUSTEE, UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this BONDED PROMISSORY NOTE for a period of thirty (30) years commencing the start of business on May 30, 2008 until close of business May 30, 2038, not to exceed thirty years, at an interest rate of seven percent (7%) per annum, and upon maturity, this BONDED PROMISSORY NOTE shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against PRIVATE OFFSET BOND AND/OR Exemption# 559418006 TRACKING NUMBER/INVOICE# RLB053008, as secured by Henry M. Paulsen, Jr., U.S. TRUSTEE, UNITED STATES DEPARTMENT OF THE TREASURY.

I, Ryan L. Brewer, as Principal for this BONDED PROMISSORY NOTE, TRACKING NUMBER/INVOICE# RLB053008, unconditionally promise to pay or cause to be paid, the exact sum of $7,000,000,000.00 (SEVEN BILLION DOLLARS) with interest or other charges, payable upon presentment of this BONDED PROMISSORY NOTE, TRACKING NUMBER/INVOICE# RLB053008, properly endorsed on or after May 30, 2008 at the UNITED STATES DEPARTMENT OF THE TREASURY, 1500 Pennsylvania Ave, NW, Washington, DC 20220.

Failure to return the bonded promissory note via Notice of Dishonor and/or protest as stated shall constitute acceptance and honoring of this bonded promissory note and the associated transition(s) in accordance with the LAW, by Henry M. Paulsen, Jr., U.S. TRUSTEE, UNITED STATES DEPARTMENT OF THE TREASURY, Zaida G. Heraldez, Steve Cooley, John A., Clarke, Bill Lockyer, Judge J. Kroskey, Judge P.J. Klein, Judge Kitching.

*Ryan Lindsay Brewer*
Ryan Lindsay Brewer, Real Party in interest,
Authorized Agent for RYAN L. BREWER (Ens legis)

This Document to which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the original
Claimant is holder in due course of original

_____   ___/___/___
Signature                                    Date
Convention De La Haye du 5 Octobre 1961

# Verified Notice of Tender of Payment
## BONDED PROMISSORY NOTE
### TRACKING/INVOICE# RLB053008-BPN

**Date:**      May 30, 2008

**Notice By:**   Ryan Lindsay Brewer, Authorized Agent for RYAN L. BREWER (Ens...
1865 Herndon Ave, #110
Clovis, CA  93611

**Notice For:**   Henry M. Paulsen, Jr.,
Secretary of the Treasury
US DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW
Washington, DC 20220

Zaida G. Heraldez, Deputy Clerk
Court of Appeals
Second Appellate
300 South Spring Street
Los Angeles, CA  90013

Steve Cooley, District Attorney
210 W. Temple Street, #18-709
Los Angeles, CA  90012-3210

John A. Clarke
Executive Officer/Court Clerk
400 Civic Center Plaza
Pomona, CA  91766

Bill Lockyer
Executive Officer
California State Treasurer
915 Capital Mall
P.O. Box 942809
Sacramento, CA  94209-0001

Judge J. Kroskey
300 South Spring Street
Los Angeles, CA  90013

Judge P.J. Klein
300 South Spring Street
Los Angeles, CA  90013

Judge Kitching
300 South Spring Street
Los Angeles, CA  90013

**Reference:**   TRACKING/INVOICE# RLB053008-BPN

Pursuant to Tracking/Invoice# RLB053008-BPN, requiring that RYAN L. BREWER discharge

This document on which this certificate is affixed is
C E R T I F I E D
A TRUE, CORRECT, AND COMPLETE COPY of the original.

This Document to which this certificate is affixed is
C E R T I F I E D
A TRUE, CORRECT, and COMPLETE COPY of the original
Claimant is holder in due course of original

Signature          Date
Convention De La Haye du 5 Octobre 1961

Case# YA004389 [B206826], in the amount of $7,000,000,000.00 (SEVEN BILLION DOLLARS) to Henry M. Paulsen, Jr., U.S. TRUSTEE, UNITED STATES DEPARTMENT OF THE TREASURY, Zaida G. Heraldez, Steve Cooley, John A., Clarke, Bill Lockyer, Judge J. Kroskey, Judge P.J. Klein, Judge Kitching, I, Ryan Lindsay Brewer,  Authorized Agent for RYAN L. BREWER, as Maker, acting in accord with current Public Policy at House Joint Resolution 192 passed by the 73rd Congress of the United States, 1st Session, on June 5, 1933 at 4:40 p.m., as codified, hereinafter referred to as "HJR-192," said resolution having never been repealed and still being in full force and effect, and further in accordance with law as uniformly codified at UNIFORM COMMERCIAL CODE, Article 1 Part 1 § 1-103 and 1-104 and Part 2 § 1-20, Article 3, Part 1, Section 3-104, Article 3, Part 3 § 3-310, Article 3, Part 3 § 3-311 and Article 3, Part 6, § 603 and CALIFORNIA COMMERICIAL CODE, §1103, 1104, 1201,  § 3104, 3310, 3311, 3501 and 3-603, concerning the discharge of debts, acting in good faith, with clean hands and at arm's length, hereby and herein tendering payment for discharge of Tracking/Invoice# RLB052808-BPN, in the amount of $7,000,000,000.00,( SEVEN BILLION DOLLARS) in full compliance and full satisfaction of TRACKING/INVOICE# RLB053008-BPN.

No lawful money of account exists and only fiat money exists in circulation for the discharge or offset of debt. Therefore, in order to protect secured interests, to reserve the right of remedy, recourse and subrogation, and in order to maintain the honor of the named Account Holder, together with that of the Account, I, Ryan L. Brewer, Authorized Agent for RYAN L. BREWER, hereby tender this BONDED PROMISSORY NOTE, TRACKING/INVOICE# RLB053008-BPN, a negotiable instrument, pursuant to Public Policy as codified in HRJ-192, the UNIFORM COMMERCIAL CODE of the UNITED STATES and of the STATE OF CALIFORNIA, in order to be in compliance with, and to fully discharge the debt obligation identified in Tracking/Invoice# RLB053008-BPN.

Pursuant to the UNIFORM COMMERCIAL CODE, Article 3, Part 1, Section 3-104, and the CALIFORNIA COMMERICAL CODE, §3104, the attached BONDED PROMISSORY NOTE, TRACKING/INVOICE# RLB053008-BPN is a negotiable instrument and satisfies the requirements of TRACKING/INVOICE# RLB052808-BPN is issued in good faith, with clean hands and at arm's length, and is not a dishonor of Tracking/Invoice#RLB053008-BPN.

I, Ryan L. Brewer, as Agent for RYAN L. BREWER, hereby nominate and do appoint Henry M. Paulsen, Jr., U.S. TRUSTEE, UNITED STATES DEPARTMENT OF THE TREASURY, Zaida G. Heraldez, Steve Cooley, John A., Clarke, Bill Lockyer, Judge J. Kroskey, Judge P.J. Klein, Judge Kitching  to fulfill the position of Fiduciary Trustee of this BONDED PROMISSORY NOTE, TRACKING/INVOICE# RLB053008-BPN, the same to be effective immediately as of the date set forth below, and to continue thereafter until notice is given by the Maker of reappointment, substitution or cancellation.

The duties and responsibilities of the Fiduciary(ies) Trustee shall be to present this BONDED PROMISSORY NOTE, TRACKING/INVOICE# RLB053008 to discharge, settle and close Case/Account# YA004389 [B206826], to adjust all records of accounting to show irrevocably that said case/account is fully discharged, to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely, to issue a settlement statement reflecting a zero balance, and to follow the instructions of Subrogation Bond#55941 i.e. recalling all subsequent securities.

To protect the integrity of the public record you have been named co-payee with the Secretary of the Treasury on a demand deposit instrument, Bonded Promissory Note#RLB053008-BPN which is hereby presented and annexed hereto under notary seal in the amount of

This Document to which this certificate is affixed is
CERTIFIED
TRUE AND COMPLETE COPY of the original
as it stands in the records of

Signature                                    Date

Convention De La Haye du 5 Octobre 1961

$7,000,000,000.00 (SEVEN BILLION DOLLARS). Tender is by prearrangement with the secretary who holds the securitization bond reference#RLB559418006 Registration# RR497424805 on the tender. The tender is being tracked in real time to ensure your protection from any presumption or future misconduct related to the disappearance or misappropriation of the funds in the admiralty.

In the event that the tender exceeds the liabilities you are permitted to treat the excess portion (overages) as a windfall monetary expansion to be applied to the advantage of the united states (50%) and its political subdivision the State of California (50%) until maturity.

Upon completion of processing notary public, Michael F. Jerviss, will issue certification absolving you of all personal liability as holder in due course. If you fail to process the tender by of payment the notary will issue a binding default judgment and you may be liable for criminal as well as civil sums noted herein.

The Fiduciary(ies) Trustee and Holder of liability of Case/Account# YA004389 [B206826], is given ten (10) days from the post marked date of service of this BONDED PROMISSORY NOTE, TRACKING/INVOICE# RLB053008-BPN, together with this Verified Notice of Tender of Payment to protest the mode of Maker's tender of offer of performance to discharge and extinguish Case/Account# YA004389 [B206826], or to serve notice upon Maker that the debt has been discharged and extinguished and that all obligations relating thereto have been satisfied.

In the absence of acceptance of, or objection to, this offer of performance by the Holder, any further attempt(s) by the Holder to collect the debt referenced herein will be understood to be act(s) of malicious harassment with the intent to defraud. You agree to exhibit no later than the effective date a Certificate of Protest, Notice of Dishonor or other evidence of a defect in claimants consideration. If you fail to exhibit such a defect you agree that no such defect exist and you consent to the notary certifying your non-performance as your stipulation to the value and validity of the tender and your confession to the disappearance of public funds in your possession and your status as holder-in-due-course of a taxable gain, liable party and surety for the defendant.

Done this 30TH day of MAY , 2008

All rights reserved, Without Recourse

*Ryan Lindsay Brewer*

Ryan Lindsay Brewer, **Real Party in interest**,
Authorized Agent for RYAN L. BREWER (Ens leg)

---

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

THIS DOCUMENT IS NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM OR DISTRESS. IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS TO FACILITATE SETTLEMENT AND CLOSURE OF THIS ACCOUNT. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

This Document to which this certificate is affixed is _____ and a TRUE COPY of the original

Claimant is holder in due course of original

_____        ___/___/___
Signature                                        Date
Convention De La Haye du 5 Octobre 1961

## ACKNOWLEDGEMENT

State of California

County of Fresno  6/3/08

On ___6/30/08 M___ before me, *Michael F. Jerviss, Notary*

Personally appeared *Yaaja Brewer (P.O.A for Ryan Brewer)*

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public                              (Notary Seal)

```
MICHAEL F. JERVISS
COMM. #1776720
NOTARY PUBLIC - CALIFORNIA
FRESNO COUNTY
My Comm. Expires Oct. 29, 2011
```

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____          ___/___/___
Signature                                          Date
Convention De La Haye du 5 Octobre 1961

## PROOF OF MAILING AND CONTENTS MAILED

I, Michael F. Jerviss , Notary Public hereby certify and affirm that on June 2, 2008, I caused a true and correct copy of:

1.  Bonded Promissory Note, Tracking/Invoice# RLB053008-BPN.
2.  Verified Notice of Tender of Payment.
3.  Proof of Mailing and Contents Mailed.

to be served on the parties in interest by placing a true copy of each document in an envelope to be mailed via the US Postal System, postage prepaid, following ordinary business practice, to the following persons/entities:

Henry M. Paulsen, Jr.,
Secretary of the Treasury
US DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW
Washington, DC 20220

Zaida G. Heraldez, Deputy Clerk
Court of Appeals
Second Appellate
300 South Spring Street
Los Angeles, CA  90013

Steve Cooley, District Attorney
210 W. Temple Street, #18-709
Los Angeles, CA  90012-3210

John A. Clarke
Executive Officer/Court Clerk
400 Civic Center Plaza
Pomona, CA  91766

Bill Lockyer
Executive Officer
California State Treasurer
915 Capital Mall
P.O. Box 942809
Sacramento, CA  94209-0001

Judge J. Kroskey
300 South Spring Street
Los Angeles, CA  90013

Judge P.J. Klein
300 South Spring Street
Los Angeles, CA  90013

Judge Kitching
300 South Spring Street
Los Angeles, CA  90013

Michael F. Jerviss, Notary Public

This Document to which this certificate is affixed is
CERTIFIED
A TRUE CORRECT, and COMPLETE COPY of the
Date                          original
Claimant is holder in due course of original

_____   __/__/__
Signature                          Date
Convention De La Haye du 5 Octobre 1961

PRIVATE LETTER ROGATORY

DATE:              May 30, 2008

CLAIMANT:          Ryan Lindsay Brewer, a living man real party in interest
                   In care of Michael F. Jerviss, Notary Public
                   1865 Herndon Ave
                   Clovis, CA  93611


RESPONDENT:        Zaida G. Heraldez, Deputy Clerk
                   Court of Appeal
                   Second Appellate
                   300 South Spring Street
                   Los Angeles, CA  90013


RE:                COURTESY NOTICE
                   CASE NO. B206826 (YA004389)

                   SERVICE UNDER NOTARY SEAL

Dear Zaida G. Heraldez:

The undersigned in an attempt to settle the instant matter honorably filed a Petition of
Habeas Corpus with the Superior Court. The superior court dishonored this request on
April 1, 2008, the undersigned again gave the court (2nd appellate) opportunity to issue a
remedy that would satisfy all parties. Attached to this habeas petition was a Subrogation
Bond in the amount of $7,000,000,000.00 (seven billion) secured by the undersigns
registered exemption and/or private bond for setoff on deposit with U.S. Trustee Henry
Paulsen Bond#RLB55941: Also enclosed in file case# B206826 was a statement of
interest i.e. UCC1 Financing Statement with the charging documents/contracts excepted
for value and returned for settlement and closure of the matter. Also included was/is an
Affidavit of Negative Averment. The court/clerk is now holding all liability in the
case#YA004389/B206826. The transaction was certified under notary seal and stipulated
agreement has been reached between the parties. To date, a settlement statement has not
issued the defaults and dishonors will be recorded accordingly.

I thought I should contact you as a courtesy with some urgency regarding the recent
return of documents from case number B206826/YA004389 to ensure that unnecessary
personal and criminal liability are avoided. It is not my intentions to impede any of your
lawful duties or cause any anxiety or distress. I am herewith contacting you under notary
seal for your immediate attention to the following documents which have been noted,
accepted for value and sundry papers:

This Document to which this certificate is affixed is
a full, true and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____    __/___/___
Signature                    Date
Convention De La Haye du 5 Octobre 1961

1

1. Charging documents accepted for value. (payment, in court file case# B206826)
2. Subrogation Bond No. RLB55941 (payment/indemnity, in court file case# B206826).
3. Statement of Interest UCC1 Financing Statement, (in court file case# B206826)
4. Affidavit of Specific Negative Averment, (in court file case# B206826)
5. Sentencing Transcripts, (in court file case# B206826)
6. Petition of Habeas Corpus (Rescission of all contracts & all signatures, in court file case# B206826).
7. Fiduciary Instructions (enclosed)
8. 1099 OID & 1099C (enclosed)
9. Security Agreement 100507-RLB-SA (enclosed)
10. Schedule S default stipulations & confessions [withheld]
11. Notice of obstruction of United States Bankruptcy. [withheld]
12. Notice of obstruction of public policy 73-10 [withheld]
13. Bonded Promissory Note Invoice#RLB 052808-BPN (enclosed)

As a Christian I would very much prefer to conclude that your failure to transfer the funds to treasury was an unintentional error rather than serious criminal activity perpetrated by the very parties charged with preventing such activity. You may chose to reference 28 USC 2041or consult legal counsel. This letter is intended to provide you with every opportunity to correct the error and demonstrate the good faith by honoring the demand under notary seal to file said document into the said evidence file and process the payment within seventy two (72) hours of receipt of this letter ("the commercial deadline"). Please amend the record per 5 USC 552a(d)(2).

Conversely it is reasonable to conclude that if you dishonor thus said the man you will be confessing to suspicious activities injurious to the U.S. Bankruptcy and serious crimes against mankind resulting in a total denial of remedy and therefore enticement to slavery thereby requiring closer examination under penalty of perjury in fulfillment of legal fiction Ryan L. Brewer's misprison of felony and treason obligations.

These simple corrective measures executed by the deadline will ensure that you have not accepted unnecessary liability when the time comes to depose your first hand knowledge of all the facts and communications related to this case. Ms. Zaida G. Heraldez, Deputy Clerk I appreciate the sort of defensive strategies which occur all day long under statute. In this case, as a courtesy, permit me with all due respect to suggest that you may wish to consult private counsel regarding personal liability when a public official knowingly executes illegal orders contrary to the admiralty venue that has been established as a matter of record in this case. I would tend to impart even higher value to such an opinion if I was ordered to undertake such actions by a party who says "don't worry about it".

There is no evidence that failure to transmit funds to treasury in a pending or adjudicated judicial case does not comprise the criminal violations noted herein and no such evidence exist. Based upon that negative averment, I must emphasize that this letter comprises

in a pending or adjudicate is affixed is CERTIFIED. A TRUE, CORRECT, and COMPLETE COPY of the original

Claimant is holder in due course of original

_____     ___/___/___
Signature                Date
Convention De La Haye du 5 Octobre 1961

lawful **NOTICE**. If you decline to intervene or respond with particularity to each disagreeable representation herein no later than ten (10) days from the post marked date, the non-performance will be certified as your confession of and binding agreement with all statements herein and schedule S (annexed hereto) for admission into any and all future actions to recover. If you need additional time to complete your fiduciary duties, please contact the undersigned immediately.

In the event you wish to dishonor payment and are willing to provide testimony under penalty of perjury as to your knowledge and intentions in committing the crimes noting herein (i.e. concealing a material fact, falsifying a record, obstruction of justice, scheming to defraud by deprivation of services, perjury of oath, subordination of perjury, theft within a special maritime jurisdiction, misprison of felony, fraud and conspiracy) . I sincerely hope my tone indicates my honorable intentions because I live according to the natural law from which the equity you are protecting was derived, you will understand that my words of conciliation carry the same dedication as my ability to forge a remedy when needed. So I generally hope you take care of this opportunity for forgiveness by correcting the public record (speaking to the documents that are on file including the bond).

Please see F.R.C.P. supplemental rules E(5)(A,B,C) it is also requested that you prepare and file the enclosed tax forms 1099OID & 1099C in this matter, in that payment was made into this court in two (2) forms, (1. Acceptance of charging documents and 2. The Habeas Subrogation Bond #RLB55941.) All parties have been indemnified for all actions executed.

Thank you in advance for your adherence to the fiduciary instructions.

Very Truly yours,     *Certified COPY*
All rights reserved   *TRUE, Correct and Complete*
                      *Ryan Brewer*     *8/15/08*

*Ryan Lindsay Brewer*
Ryan Lindsay Brewer, a living man, secured party
for the debtor: RYAN L. BREWER
Exemption# 559418006
All property exempt from levy
Void where prohibited by law

cc:
Executive Director, Commission On Judicial Conduct
Henry M. Paulsen Jr., Secretary of the Treasury
Mark J. Saladino, Los Angeles County, Treasurer

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____   ___/___/___
Signature                 Date
Convention De La Haye du 5 Octobre 1961

3

DEBTORS:     ZAIDA HERALDEZ D/B/A COURT CLERK, J. KROSKEY D/B/A JUDGE KROSKEY, P.J. KLEIN, D/B/A/
             JUDGE KLEIN,  P. KITCHING, D/B/A JUDGE KITCHING 2ND APPELLATE COURT
             300 S. SPRING STREET, LOS ANGELES, CA 90013

TO:          Eileen C. Mayer, Criminal Investigation
             Internal Revenue Service
             1111 Constitution  AVE., NW
             Room 2501
             Washington, DC  20224

RE:          Account/Case No. B206826 [YA004389]
             Index No. B206826

## NOTICE OF OBSTRUCTION OF PUBLIC POLICY
## NONCOMPLIANCE WITH U.S. BANKRUPTCY
## REQUEST FOR LIQUIDATION & CORRECTION OF AGENCY RECORDS

As the Principal and owner of Treasury Account # 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 RYAN L.BREWER request that you investigate suspicious activity and the hording of equity by the above debtors. Enclosed you will find the notice of dishonor in respect to payment made. Also annexed hereto is the dishonored instrument Accepted For Value. After several good faith attempts to implore the fiduciary debtors to process the funds to Treasury- adjustment and filing of required tax forms have yet to be processed. Fiduciary debtors are in receipt of Taxable gain. Also please take note that the undersigner did not know the actual amount assessed therefore the overages are to be divided as stated in the tender of payment section annexed to the promissory note. I wish only for adjustment of the account to zero.  As Department of the Treasury, I am also authorizing you to make the lawful corrections to the enclosed tax forms including blank areas via form 56.

I arrived at the bonded promissory note amount after review of the Individual Master File is thereby only an estimate which should cover the debt.

1. **Hoarding of Equity**.  On or about 4-15-08, due presentment of equity was made to ZAIDA HERALDEZ, J. KROSKEY, P.J. KLEIN, P. KITCHING ("Debtors") under notary seal.   As yet, credit has not been made on or off-balance sheet, the ledger remains open, no corresponding credit has been deposited with the U.S. Treasurer, and the Payee continues to hoard equity and retains complete liability.

2. **Trustee's Investigation**.  A Trustee's investigation is hereby requested into (i) the disposition of assets, (ii) the issuance of various instruments subsequent to the credit thereby comprising counterfeit securities, and (iii) the likelihood that counterfeit securities remain in circulation thereby destabilizing the bankruptcy.

3. **Liquidation of Holder(s)**.  Upon verification of the holder(s) of the asset, would you kindly recall all securities which have previously been supplanted by Subrogation Bond No. BONDED PROMISSORY NOTE RLB053008-BPN, and liquidate the equity by adjusting the ending balance to reflect the Zero Dollars ($-0-) Final Closing Balance to which all parties have stipulated.

As a neutral nonbelligerent with respect to the United States, I do not anticipate engaging in controversy, sanctions, a suspension of the holder's public hazard bond, SEC investigation, or IRS assessment on the holder's gain. Notwithstanding, legal fiction RYAN L. BREWER can be expected to honor its public policy obligations by cooperating with any regulatory, civil or criminal penalties the United States may seek against the holder(s).

4. **Confirmation**.  Your acknowledgement of this request should be sent to RYAN L. BREWER, in care of Michael F. Jerviss, Notary Public, 1865 Herndon Ave, Suite K, Clovis, CA  93611 to be received no later than ten (10) days from the date of postmark of this letter.  Service otherwise will be defective.  The notary has been asked to certify non-performance as your default agreement to the statements herein for recording as a public document for evidentiary purposes before the records are processed through the International Monetary Fund and Provost Marshal General.

5. **Disposition**.  The outcome of the investigation should be reported to the undersigned within ten (10) days to allow for mitigation of the injury to public policy and lex mercatoria. Thank you, in advance, for your assistance.

With all due respect,
All rights reserved.  **Void where prohibited by law.**

_Ryan Lindsay Brewer_          7-5-08

Ryan Lindsay Brewer, Secured Party to legal fiction          Date
RYAN LINDSAY BREWER
Pre-paid Account No. 559418006
Registered UCC Contract Account No. 2007-275-9400 ish this certificate is affixed is

CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____          /      /
Signature                         Date
Convention De La Haye du 5 Octobre 1961

cc: Henry Paulsen Jr., United States Trustee

## CERTIFICATE OF NON-PERFORMANCE / NON-PAYMENT/DISHONOR

STATE OF __CALIFORNIA__          COUNTY OF __FRESNO__          SS

**PRESENTMENT**   Be it known, that, the person signing below, a duly empowered Notary Public, at

the request of __Ryan L. Brewer__   In care of __1865 Herndon Ave, Ste. K, Clovis, CA 93611__
          Creditor                                      Address

did duly present on __06-02-08__   the attached Bonded Promissory Note tracking/invoice#RLB053008-02 dated __05-30-08__

to __Los Angeles Appeals Court d.b.a. TIN#95-6000927__

signed by __Ryan L. Brewer__   requesting __settlement and closure of all__ ,
the time limit having elapsed for acceptance thereof and providing clarification of settlement and closure,
which was refused.

**PROTEST**   Whereupon, the Notary Public signing below, for the reason
__dishonor by non-performance & nonpayment__ does publicly and solemnly certify the dishonor as
against all parties it may concern for liability equivalent to the face value of the instrument, and all costs,
damages and interest incurred, or hereafter incurred, by reason of nonperformance thereof and
__stipulations therein.__

**NOTICE**   The undersigned Notary Public, certifies that on __06-02-08__   Notice(s) of
Payment and Presentments were sent to the parties noted below by depositing in a depository of the United
States Postal Service within the State indicated herein a sealed envelope  containing said Notices(s)
directed to the respective persons at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Zaida G. Heraldez | 300 S. Spring Street, Los Angeles, CA 90013 |
| Steve Cooley | 210 W. Temple Street, #18-709, Los Angeles, CA90012 |
| John A. Clarke | 400 Civic Center Plaza, Pomona, CA  91766 |
| Bill Lockyer | 915 Capital Mall, P O Box 942809, Sacramento, CA 94209 |
| Judge J. Kroskey | 300 South Spring Street, Los Angeles, CA 90013 |
| Judge P.J. Klein | 300 South Spring Street, Los Angeles, CA 90013 |
| Judge Kitchen | 300 South Spring Street, Los Angeles, CA 90013 |

**TESTIMONY**   In testimony of the above, I have signed my name and attached my official seal

_____ Notary Public

My Commission Expires __10/29/2011__

Date __06-19-08__

| AMOUNT | Seven billion dolars |
|---|---|
| INTEREST | |
| NOTICES | |
| POSTAGE | |
| PROTEST | |
| | |
| TOTAL | SSeven Billion Dollars |

* Unless entered, TOTAL is
defined as the value of the
referenced account.

This document on which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT AND COMPLETE COPY of the original.

_Ryan L. Brewer_   7-5-08

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:**          April 7, 2008

**Notice Presented Under Seal:**    (see attached Exhibit A)

**Notary's Certification:**   "The above-noted parties were presented notice under notary seal that non-performance within ten (10) days of
postmark would comprise their In the absence of acceptance of, or objection to, this offer of performance by the
Holder, any further attempt(s) by the Holder to collect the debt referenced herein will be understood to be act(s) of
malicious harassment with the intent to defraud.   You agree to exhibit no later than the effective date a Certificate of
Protest, Notice of Dishonor or other evidence of a defect in claimants consideration.  If you fail to exhibit such a
defect you agree that no such defect exist and you consent to the notary certifying your non-performance as your
stipulation to the value and validity of the tender and your confession to the disappearance of public funds in your
possession and your status as holder-in-due-course of a taxable gain, liable party and surety for the defendant."
The time having elapsed for performance thereof, which was refused.

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____ /
Signature                                    Date
Convention De La Haye du 5 Octobre 1961

## CERTIFICATION OF SERVICE UNDER NOTARY SEAL

The undersigned, presently of the State of California County of Fresno is over 21 years of age, notary certifies that on July 7, 2008, Notary mailed the documents and papers identified as:

1.  NOTICE OF OBSTRUCTION OF PUBLIC POLICY NON-COMPLIANCE WITH U.S. BANKRUPTCY REQUEST FOR LIQUIDATION & CORRECTION OF AGENCY RECORDS.
2.  CERTIFIED COPY BONDED PROMISSORY NOTE & VERIFIED NOTICE OF TENDER OF PAYMENT.
3.  CERTIFIED COPY OF CERTIFICATE OF NON-PERFORMANCE/NON-PAYMENT/DISHONOR
4.  CALIFORNIA APPELLATE COURT CASE INFORMATION PRINTOUT
5.  CERTIFIED COPY FORM 56
6.  2007 1040-V
7.  2007 1040
8.  2008 1096
9.  CERTIFIED COPY AFFIDAVIT OF ORIGINAL ISSUE, NOTICE TO THE COURT OF DEFENDANTS ACCEPTANCE OF THE CLAIM AND NOTICE OF SECOND APPELLATE COURTS DISHONOR OF CLAIM.
10. CERTIFIED COPY UCC FINANCING STATEMENT DATED 10-02-07.
11. CERTIFIED COPY UCC FINANCING STATEMENT DATED  06-08-08.
12. CERTIFIED COPY CHARGING DOCUMENTS ACCEPTED FOR VALUE SETTLEMENT & CLOSURE.
13. 2007 1099-OID
14. 2008 1099-OID

## To the following recipient:

Eileen C. Mayer, Criminal Investigator
Internal Revenue Service
1111 Constitution  Ave., NW
Room 2501
Washington, DC  20224

By Certificate of mailing for each mailing by placing same in a postpaid envelope marked said envelopes properly addressed to recipient at the indicated address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

I certify under **PENALTY of PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal

_____   (Notary Seal)
Signature of Notary Public

This Document to which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____   ____/____/____
Signature                          Date
Convention De La Haye du 5 Octobre 1961



This document on which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, AND COMPLETE COPY of the original.

IN THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA

FOR LOS ANGELES COUNTY

STATE OF CALIFORNIA, INC.,        )

                                  )

                                  )        IN LAW

            Plaintiff,            )        No. YA004389 [B206826]

                                  )

Vs.                               )

                                  )   AFFIDAVIT OF ORIGINAL ISSUE,

RYAN LINDSAY BREWER               )   NOTICE TO THE COURT OF

                                  )   DEFENDANTS ACCEPTANCE OF THE

                                  )   CLAIM AND NOTICE OF SECOND

                                  )   APPELLATE COURTS DISHONOR

                                  )   OF CLAIM

            Defendant,            )

                                  )

_____

State of California        )

                           )   ss.

County of Los Angeles      )

## SWORN AFFIDAVIT OF FACT

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

Signature _____    Date ___/___/___

Convention De La Haye du 5 Octobre 1961

1

I, RYAN LINDSAY BREWER, the Undersigned Affiant, hereinafter "Affiant," does hereby solemnly swear, declare, and state as follows:

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal first hand knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

## Statement of Facts

4. Affiant is the agent for RYAN LINDSAY BREWER.

5. RYAN LINDSAY BREWER is the "Original issuer" of the credit on the debt instrument commonly known and identified as Claim or Case No. YA004389 and all subsequent cases; to include B206826 IN THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES.

6. THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES is a corporation doing business under tax identification number 95-6000927 also known as THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES located at 300 Spring Street, 2nd Floor, Los Angeles, CA  90013.

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the original
Claimant is holder in due course of original

_____     ___/___/___
Signature                                Date
Convention De La Haye du 5 Octobre 1961

7. The Original issue value for Claim or Case No. YA004389 and all subsequent cases; to include B206826 IN THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, was accepted on March 15, 2008 by THE SECOND APPELLATE COURT and is filed on Internal Revenue Service form 1099OID (Attached hereto as if stated herein Defendants "Exhibit A").

8. Creditor RYAN LINDSAY BREWER accepted the Claim or Case No. YA004389 and all subsequent cases; to include B206826 IN THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, "EXHIBIT A" for the assessed value of the taxes owed.

9. There being no controversy in THE SECOND APPELLATE COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES on Claim or Case No. YA004389 and all subsequent cases; to include B206826 must be vacated to include any order(s) or judgment(s) made, and adjust the accounting to the balance of zero.

10.    THE CIRCUIT COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES is in receipt of the proper Internal Revenue Forms 1099OID, 1099C, Bonded Promissory Note, Verified Notice of Tender of Payment, Proof of Mailing and Contents Mailed.

11.    THE SECOND APPELLATE COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES is in receipt of the proper internal revenue forms 1099OID and 1099C (attached hereto as if stated herein defendant's "EXHBITS A & B" for the

3

This Document to which this Certificate is affixed is
CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the original
Claimant is holder in due course of original

Signature                    Date
Convention De La Haye du 5 Octobre 1961

adjustments and cancellations of the tax in this Claim or Case No. YA004389 and all subsequent cases; to include B206826 and has been appointed fiduciaries for all adjustments.

12.     There is no evidence that THE SECOND APPELLATE COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES a corporation doing business under tax identification number 95-6000927 also known as THE SECOND APPELLATE COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES located at 300 Spring Street, 2nd Floor, Los Angeles, CA 90013.  Is not in violation of United States Code Title 26 for Tax Fraud.

13.     There is no evidence that Case No. YA004389 and all subsequent cases; to include B206826 has not been accepted in its entirety to the full satisfaction of all parties via pass through exemption number 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 and Subrogation Bond RLB55941.

14.     There is no evidence of a dispute of any material facts concerning Case No. YA004389 and all subsequent cases; to include B206826 and that the affiant is entitled to the remedy as a matter of law.

Dated this *2ND* day of *JUNE*_____, 2008.

By: *Ryan Lindsay Brewer*
_____
RYAN LINDSAY BREWER

This Document to which this certificate is affixed is A TRUE, CORRECT and COMPLETE COPY of the original

Claimant is holder in due course

*Ryan Lindsay Brewer*
_____
Signature                          Date

Convention De La Haye du 5 Octobre

4

# JURAT

County of Fresno                    )

                                    )

State of California                 )


Subscribed and Sworn to (or affirmed) before me on this 2nd day of

June_____, 2008 by Yaqjq Brewer (P.O.A for Ryan Brewer)

Proved to me on the basis of satisfactory evidence to be the person(s)

who appeared before me.


_____                    (Notary Seal)

Notary Public

MICHAEL F. JERVISS
COMM. #1776720
NOTARY PUBLIC · CALIFORNIA
FRESNO COUNTY
My Comm. Expires Oct. 29, 2011

5

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

_____     _/___/___
Signature                    Date
Convention De La Haye du 5 Octobre 1961

# CALIFORNIA APPELLATE COURTS
### Case Information



## 2nd Appellate District

Change court

Court data last updated: 04/21/2008 02:05 PM

**Case Summary**   **Docket**   **Scheduled Actions**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Trial Court**

## Docket (Register of Actions)

**Brewer v. The People et al.**
**Division 3**
**Case Number** B206826

| Date | Description | Notes |
|------|-------------|-------|
| 04/01/2008 | Petition for a writ of habeas corpus filed. | Ryan L. Brewer |
| 04/15/2008 | Filed document entitled: | notice of acceptance for value, settlement and closure under notary seal (submitted by Michael Jerviss, notary public) by permission of the court (C) |
| 04/17/2008 | Order denying petition filed. | K,PK,C |
| 04/17/2008 | Case complete. | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

This document on which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT, AND COMPLETE COPY of the original.

*[signature]*

---

This Document to which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the original
Claimant is holder in due course of original

_____   ___/___/___
Signature                          Date
Convention De La Haye du 5 Octobre 1961

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
RYAN LYNDSAY BREWER
8314193801

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
RYAN LYNDSAY BREWER
2755 ROBERTS AVE.
Clovis, CA 93611
USA

DOCUMENT NUMBER: 17241830002
FILING NUMBER: 08-71606612
FILING DATE: 06/08/2008 21:50
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
07-7140804859

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME  Heraldez | FIRST NAME  Zaida | MIDDLE NAME  G | SUFFIX |

| 7c. MAILING ADDRESS  300 South Spring Street | CITY  Los Angeles | STATE  CA | POSTAL CODE  90013- | COUNTRY  USA |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

See Attachment(s)

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S LAST NAME  Brewer | FIRST NAME  Ryan | MIDDLE NAME  Lindsay | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
*Without Prejudice UCC 1-207 Ryan L Brewer, 6/21/08*

FILING OFFICE COPY

This Document to which this certificate is affixed is ____ ____ ____FIED
A TRUE, CORRE___ ___MPLETE COPY of the
Claimant is ___ ___ ___ course of original

Signature _____    Date ____/____/____

Convention De La Haye du 5 Octobre 1961

This statement is a partial release and original financing statement #07-7140804859 in which debtor holds all interest.  The following collateral i.e. Subrogation Bond#55941 in the amount of Seven Billion Dollars and Bonded Promissory Note Invoice#RLB053008-BPN in the amount of Seven Billion Dollars for Account/Case# YA004389 and B206826 is hereby released and assigned TO:  Henry M. Paulsen Jr., Zaida G. Heraldez, Steve Cooley, John A. Clarke, Bill Lockyer, Judge J. Kroskey, Judge P.J. Klein, Judge Kitching for Set Off/Adjustment in accords with Public Policy 73-10, HJR 192, UCC 1-104 and 10-104, in accords with Public Policy 73-10, HJR 192, UCC 1-104 and 10-104, Senate Document 43, 73rd Congress 1st. Session, 31 U.S.C. 3123, 18 U.S.C. sec. 8, 12 CFR sec. 229.2, 210.2, 12 U.S.C. 1813 and 31 U.S.C. 392

*Regan Brewer*    UCC 1-207

This Document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, and COMPLETE COPY of the original
Claimant is holder in due course of original

_____   ___/___/___
Signature                              Date
Convention De La Haye du 5 Octobre 1961

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
RYAN LYNDSAY BREWER
8314193801

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
RYAN LYNDSAY BREWER
2755 ROBERTS AVE.
Clovis, CA 93611
USA

**DOCUMENT NUMBER:** 17208700003
**FILING NUMBER:** 08-71603495
**FILING DATE:** 06/04/2008 18:36
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
07-7140804859

**1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. ☐ ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR

| **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **7d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

See Attachment(s)

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**

OR

| **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| BREWER | RYAN | LINDSAY | |

**10. OPTIONAL FILER REFERENCE DATA**

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 07-7140804859 |

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)**

| | 12a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | BREWER | RYAN | LINDSAY |

**13 MISCELLANEOUS**

DOCUMENT NUMBER: 17208700003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. AUTHORIZING PARTIES (continued):**

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Brewer | Ryan | Lindsay | |

**FILING OFFICE COPY**

[1] This is the entry of the collateral record owner Ryan Lindsey Brewer and the Debtor RYAN L. BREWER in the commercial chamber under necessity and the following property is hereby registered in the same:  Case/Account#YA004389 STATE OF CLAIFORNIA VS. RYAN L. BREWER in its entirety has been accepted for value return for value for settlement and closure; that acceptance is to include all subsequent actions i.e. Case/Account# B206826.

[2]Private Indemnity Bond#200864 in the amount of $300 million (three hundred million), bond issued 6-4-08 to HENRY PAULSEN JR., U.S. TRUSTEE for Ben Curry, d.b.a Correctional Training Facility Warden and all subordinate agents & Joseph Chudy M.D. d.b.a Chief Medical Officer/Health Care Manager.

[3]Subrogation Bond#55941 in the amount of $7 Billion dollars for Case# YA004389 & B206826;

[4]Bonded Promissory Note/Invoice# RLB053008-BPN   in the amount of $7,000,000,000.00 (seven billion dollars) issued on 5-30-08 for Case#YA004389.

[5]Commercial Affidavit# RLB-AFF-8337  a Security (15 U.S.C.)  dated  May 19, 2008 this is a default judgment/stipulated agreement between the parties, there is no dispute to the material facts, respondents include Arnold Schwartzenegger, d.b.a GOVERNOR OF CALIFORNIA, Edmund Brown, d.b.a ATTORNEY GENERAL, Steve Cooley d.b.a  LOS ANGELES DISTRICT ATTORNEY, John Larsen d.b.a BOARD OF PRISON HEARINGS, Edmond Martinez, d.b.a BOARD OF PRISON HEARINGS.